Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIO CALDERONCARMONA,<br><br>Defendant. | Docket Number  6:20-po-00580-HBK<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:20-po-00580-HBK United States v. Calderoncarmona* Violation Number 9291875, without prejudice and in the interest of justice.

Dated:  December 8, 2020        /S/ Sean O. Anderson
                                Sean O. Anderson
                                Acting Legal Officer
                                Yosemite National Park

1

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Calderoncarmona*, case no. 6:20-po-00580-HBK (violation no. 9291875) is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  December 8, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE